## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**UNITED STATES OF AMERICA**                                                               **PLAINTIIFF**

**v.**                              **Case No. 2:22-cr-00009 KGB**

**CORWIN PECK**                                                                                 **DEFENDANT**

### **ORDER**

On July 6, 2023, the Court held a hearing as to defendant Corwin Peck's competency to proceed in this case and assist in his defense. Mr. Peck was present with his attorney CJA Panel attorney Lauren Collins. The government was represented by Assistant United States Attorney Bart Dickinson.

The parties agree with the conclusions of the May 2, 2023, psychological evaluation prepared by Samuel Browning, Ph.D., that Mr. Peck is not competent at this point. The Court has studied Dr. Browning's evaluation and adopts Dr. Browning's report in its determination that Mr. Peck currently is not competent to proceed in this case and assist in his defense. The Court finds by a preponderance of the evidence that Mr. Peck currently is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceeding against him or assist properly in his defense.

Therefore, the Court commits Mr. Peck to the custody of the Attorney General. The Attorney General shall hospitalize Mr. Peck for treatment in a suitable facility for a reasonable period of time, not to exceed four months from the date of this Order, as is necessary to determine whether there is a substantial probability that in the foreseeable future Mr. Peck will attain the capacity to permit the proceeding to go forward. 18 U.S.C. § 4241(d)(1).

The Court requests the Attorney General designate the facility and arrange for Mr. Peck's transport there as soon as possible.

The Court further directs the Attorney General to submit to the Court periodic reports, at least every 45 days, about Mr. Peck's treatment and status. The Court shall share these reports with counsel for Mr. Peck and the government, and these reports shall be filed under seal. The Court will decide about additional hospitalization, pursuant to 18 U.S.C. § 4241(d)(2)(A), (B), based on the Attorney General's periodic reports, certifications about competency or incompetency from the health care professionals treating Mr. Peck, and other matters of record, and further hearings as needed.

It is so ordered this 7th day of July, 2023.

_Kristine G. Baker_
Kristine G. Baker
United Stated District Judge